IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ORIGINAL**

| UNITED STATES OF AMERICA | NO. |
| --- | --- |
| v. | **3-14CR-251-P** |
| RC STEVENSON | |

## INDICTMENT

The Grand Jury Charges:

### Count One

Possession of a Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about April 17, 2014, in the Dallas Division of the Northern District of

Texas, **R C Stevenson,** defendant, knowingly and intentionally possessed with the intent

to distribute a mixture or substance containing a detectable amount of cocaine base.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## Count Two

Possession of a Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B))

On or about April 24, 2014, in the Dallas Division of the Northern District of

Texas, **R C Stevenson,** defendant, knowingly and intentionally possessed with the intent

to distribute 28 grams or more of a mixture or substance containing a detectable amount of

cocaine base.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

## Count Three

### Possession of a Controlled Substance with Intent to Distribute
#### (Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B))

On or about May 23, 2014, in the Dallas Division of the Northern District of Texas,

**R C Stevenson,** defendant, knowingly and intentionally possessed with the intent to

distribute 28 grams or more of a mixture or substance containing a detectable amount of

cocaine base.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
TALY HAFFAR
Assistant United States Attorney
Texas Bar No. 24038935
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8821
Facsimile: 214.767.0978
Email: taly.haffar@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

R. C. STEVENSON

---

INDICTMENT

21 USC §§ 841(a)(1) and (b)(1)(C)
Possession of a Controlled Substance
with Intent to Distribute

21 USC §§ 841(a)(1) and (b)(1)(B)
Possession of a Controlled Substance
with Intent to Distribute

3 Count(s)

---

A true bill rendered

------------------------------------------------------------------------------

DALLAS                                                                FOREPERSON

Filed in open court this____1st____ day of July 2014.

------------------------------------------------------------------------------

                                                                          Clerk
_____

Warrant to be Issued for defendant R. C. STEVENSON.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

No Criminal matter pending