U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 2 1 2016

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

### SPECIAL ORDER NO. 3-303

Effective April 21, 2016, the pending Dallas criminal cases assigned to the undersigned are to be transferred as indicated below.

**To Judge Sam A. Lindsay (suffix letter "L")**
3:12-CR-264   *USA v. Kelly*
3:14-CR-466   *USA v. Foster, et al.*
3:15-CR-451   *USA v. Burk, et al.*

**To Judge Barbara M.G. Lynn (suffix letter "M")**
3:15-CR-027   *USA v. Glass*
3:15-CR-438   *USA v. Bailey*

**To Judge David C. Godbey (suffix letter "N")**
3:14-CR-251   *USA v. Stevenson*
3:14-CR-345   *USA v. Carlos, et al.*
3:15-CR-390   *USA v. Holloway-Mosley*
3:15-CR-501   *USA v. Ricks, et al.*

**To Judge Ed Kinkeade (suffix letter "K")**
3:14-CR-446   *USA v. Thomas*
3:15-CR-126   *USA v. Turrubiartes*
3:15-CR-450   *USA v. Borrego*
3:15-CR-468   *USA v. Meeks*

**To Judge Jane J. Boyle (suffix letter "B")**
3:13-CR-393   *USA v. Lewis*
3:13-CR-481   *USA v. Okechuku, et al.*
3:14-CR-159   *USA v. Banks*
3:15-CR-410   *USA v. Guerra, et al.*

**SO ORDERED**.

April 21 2016.

JORGE A. SOLIS
CHIEF JUDGE